## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

JEANTOV HERCSKY,

      Plaintiff,

v.

JACQUELINE EVANS,

      Defendant.

Civ. Act. No. 17-cv-4199 (LGD)

## DECLARATION OF JOSEPH J. DONALDSON

I, Joseph J. Donaldson, declare as follows:

1.     I am a member of the Bar of the State of New York and an associate with the law firm of Kelley Drye & Warren LLP.

2.     I submit this declaration in connection with Defendant Jacqueline Evans' motion *in limine* and argument concerning the Court's subject matter jurisdiction.

3.     Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of Plaintiff's responses to interrogatories propounded in this matter and dated November 4, 2020.

4.     Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the deposition of Plaintiff Jeantov Hercsky held on or about September 19, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 12, 2025.

                                                JOSEPH J. DONALDSON