# EXHIBIT 2

Page 1

```
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
---------------------------------------X

JEANTOV HERCSKY,

                    Plaintiff,


        -against-           Civil Action No.
                            17-cv-4199(JMA)(GRB)

JACQUELINE EVANS and SHARYN GUZZI
(a/k/a SHARYN EVANS GUZZI
and SHARYN EVANS),

                    Defendants.

---------------------------------------X


                    September 19, 2023
                    10:00 a.m.

                    Federal Courthouse
                    Central Islip, New York
```

EXAMINATION BEFORE TRIAL of JEANTOV HERCSKY, the Plaintiff herein, taken by the Defendant, pursuant to Article 31 of the Civil Practice Law and Rules of Testimony, and Agreement, held at the above-mentioned time and place, before Donna L. Ritzmann, a Shorthand Reporter and Notary Public of the State of New York.

```
 1

 2   A P P E A R A N C E S:

 3

 4       KATHY A. POLIAS, ESQ.
             Attorney for Plaintiff
 5           68 Jay Street - Suite 201
             Brooklyn, New York 11201
 6

 7

 8       JACQUELINE EVANS
             Defendant Pro Se
 9           289 Central Islip Boulevard
             Ronkonkoma, New York 11779
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 3

```
 1                    J. Hercsky
 2   J E A N T O V    H E R C S K Y, the Witness
 3        herein, having been first duly sworn by a
 4        Notary Public in and of the State of New
 5        York, was examined and testified as
 6        follows:
 7   BY THE
 8   COURT REPORTER:
 9        Q     Would you please state your full
10   name for the record.
11        A     Jeantov Hercsky.
12        Q     What is your current address?
13        A     21 Regency Circle, Englewood, New
14   Jersey 07631.
15   EXAMINATION BY
16   MS. EVANS:
17               MS. EVANS:  Good morning.
18        Q     Before we begin, I want to ask if
19   you've consumed any alcohol or taken any
20   medication that would impair your judgment or
21   ability to speak honestly --
22        A     No.
23        Q     -- today?
24        A     No.
25        Q     Okay.  Have you done such,
```

Page 13

1                    J. Hercsky

2       A      Yes.

3       Q      Okay.  And what do you do for your
4    employment?

5       A      Construction consulting.

6       Q      Anything else?

7       A      That's it.

8       Q      So if it's true that at this point
9    in time you are only working as a construction
10   consultant, does that mean that you're no longer
11   involved in renting out the condo that you have
12   ownership in in Miami?

13                   MS. POLIAS:  Objection to
14              the form.  You could answer if you
15              understand.

16      A      That's not a job for me, that's
17   not -- I don't make income off of it.

18      Q      Do you rent a condo out in Miami?

19      A      It is not my condo, but yes, I
20   help my mother with a condo.

21      Q      And how do you do that?

22      A      Um, through newspaper ads, word of
23   mouth, um, online.

24      Q      Is there maintenance involved?

25      A      Uh, yes.