# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEANTOV HERCSKY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JACQUELINE EVANS,<br><br>　　　　Defendant. | Civ. Act. No. 17-cv-4199 (LGD) |

**[PROPOSED] ORDER GRANTING<br>DEFENDANT JACQUELINE EVANS'S MOTION *IN LIMINE***

Having considered Defendant Jacqueline Evans' motion *in limine*, it is **HEREBY ORDERED** that:

1. Defendant's motion is **GRANTED**.

2. Accordingly, it is **ORDERED** that Plaintiff Jeantov Hercsky is precluded from

    a. introducing Plaintiff's Proposed Exhibit 14 into evidence;

    b. eliciting testimony from Ms. Fuccillo, Mr. Baumgarth, Mr. Lewis, and Ms. Guzzi, as well as introducing evidence or eliciting from testimony from any other person suggesting that Defendant has previously made false allegations of misconduct against individuals other than Plaintiff; and

    c. eliciting any testimony from Gregory Rabinowitz.

**SO ORDERED.**

Dated: This ___ day of _____, 202_　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Lee G. Dunst
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge