UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JEANTOV HERCSKY,

                                        Plaintiff,        17-cv-4199 (LGD)

            -against-

JACQUELINE EVANS,

                                        Defendant.

## JURY VERDICT FORM

### FIRST MALICIOUS PROSECUTION CLAIM

**Question No. 1:** Has the plaintiff Jeantov Hercsky proven by a preponderance of the evidence that defendant Jacqueline Evans is liable for malicious prosecution with respect to the Suffolk County criminal proceeding commenced in February 2015?

_____ Yes                    __X__ No

*REGARDLESS OF YOUR ANSWER TO QUESTION 1, PLEASE PROCEED TO QUESTION 2 (on page 2).*

1

## SECOND MALICIOUS PROSECUTION CLAIM

**Question No. 2:** Has plaintiff Jeantov Hercsky proven by a preponderance of the evidence that Defendant Jacqueline Evans is liable for malicious prosecution with respect to the Suffolk County criminal proceeding commenced in May 2015?

_____ Yes        X No

*REGARDLESS OF YOUR ANSWER TO QUESTION 2, PLEASE PROCEED TO QUESTION 3.*

## FIRST ABUSE OF PROCESS CLAIM

**Question No. 3:** Has plaintiff proven by a preponderance of the evidence that defendant Jacqueline Evans committed abuse of process with respect to the Suffolk County criminal proceeding that began in February 2015?

_____ Yes        X No

*REGARDLESS OF YOUR ANSWER TO QUESTION 3, PLEASE PROCEED TO QUESTION 4).*

## SECOND ABUSE OF PROCESS CLAIM

**Question No. 4:** Has Plaintiff proven by a preponderance of the evidence that Defendant Jacqueline Evans committed abuse of process with respect to the Suffolk County criminal proceeding that began in May 2015?

_____ Yes        X No

2

## DAMAGES

*IF YOU ANSWERED "YES" TO ANY OF QUESTIONS 1, 2, 3, OR 4, YOU SHOULD PROCEED TO THE DAMAGES QUESTIONS BELOW.*

*IF YOU ANSWERED "NO" TO ALL OF QUESTONS 1, 2, 3, AND 4, THEN YOU HAVE REACHED YOUR VERDICT FOR DEFENDANT AND SHOULD ANSWER NO ADDITIONAL QUESTIONS AND PROCEED TO THE FINAL PAGE (page 4).*

**Question No. 5:** What amount of **compensatory** damages, if any, do you wish to award plaintiff Jeantov Hercsky? If you decide not to make an award for this item, please write "none."

$_____

*IF YOU HAVE AWARDED NO COMPENSATORY DAMAGES TO PLAINTIFF, PLEASE ANSWER BOTH QUESTIONS 6 AND 7.*

*IF YOU AWARDED COMPENSATORY DAMAGES TO PLAINTIFF, PLEASE SKIP QUESTION 6 AND PROCEED TO QUESTION 7.*

**Question No. 6:** Should plaintiff Jeantov Hercsky be awarded **nominal** damages in the sum of $1.00 on his claims?

$_____

**Question No. 7:** What amount of **punitive** damages, if any, do you wish to award plaintiff Jeantov Hercksy? If you decide not to make an award for this item, please write "none."

$_____

3

YOUR FOREPERSON IS TO SIGN AND DATE THIS VERDICT FORM
AND ADVISE THE COURTROOM DEPUTY THAT A VERDICT HAS
BEEN REACHED.

SIGNED: _____

DATE: _____3/2/2026_____

4